IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10614
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO ARMANDO RUBIO-NAVARRO,

                                        Defendant-Appellant.



                    - - - - - - - - - -
         Appeal from the United States District Court
             for the Northern District of Texas
                  USDC No. 6:95-CR-010-01
                    - - - - - - - - - -
                       March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Roberto Armando Rubio-Navarro

has filed a brief as required by Anders v. California, 386 U.S.

738 (1967), and we have independently reviewed counsel's brief,

the points raised by Rubio-Navarro in response to that brief, and

the record, and found no nonfrivolous issue.  Accordingly,

counsel is excused from further responsibilities herein and the

APPEAL IS DISMISSED.

_____

     [*]    Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.